IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRACH FAMILY FOUNDATION, INC., <br><br> Plaintiff, <br><br> - against - <br><br> AXA EQUITABLE LIFE INSURANCE COMPANY, <br><br> Defendant. | 16 Civ. 00740 (JMF) |

## NOTICE OF APPEARANCE

Please take notice that, without prejudice to any and all defenses to be raised pursuant to Rule 12 of the Federal Rules of Civil Procedure or otherwise, the undersigned attorney, DAVID R. GELFAND, of the law firm Milbank, Tweed, Hadley & McCloy LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendant AXA Equitable Life Insurance Company, in the above-titled action and respectfully requests that all papers in this action be served upon him.

Dated:   February 18, 2016
         New York, New York

/s/ David R. Gelfand
David R. Gelfand
MILBANK, TWEED, HADLEY & M^C^CLOY LLP
28 Liberty Street
New York, New York 10005
Telephone: 212-530-5000
Fax: 212-530-5219
Email: dgelfand@milbank.com

*Attorneys for Defendant AXA Equitable Life Insurance Company*