UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRACH FAMILY FOUNDATION, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 1:16-cv-00740<br><br>**ECF CASE** |

**NOTICE OF ERRATA AND CORRECTION**
**TO THE TABLE OF CONTENTS IN DKT. 86**

Please take notice of the following errata and correction to Plaintiff Brach Family Foundation, Inc.'s Opposition to Defendant's Partial Motion to Dismiss the Second Amended Complaint, Dkt. 86:  The Table of Contents, page (i), is incorrect.  A substitute Table of Contents is attached as Exhibit A.

Dated:  March 21, 2017

*/s/ Steven G. Sklaver*
Seth Ard
Mark Musico
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel.: 212-336-8330
Fax: 212-336-8340
sard@susmangodfrey.com
mmusico@susmangodfrey.com

Steven G. Sklaver *(pro hac vice)*
Rohit D. Nath *(pro hac vice)*
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Tel: 310-789-3100
Fax: 310-789-3150

1

ssklaver@susmangodfrey.com
rnath@susmangodfrey.com

*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRACH FAMILY FOUNDATION, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:16-cv-00740<br><br>   **DECLARATION OF SERVICE** |

I, Rohit D. Nath, declare:

    1.    I am over eighteen years of age, I am not a party to this action, and I am an employee with the law firm of Susman Godfrey L.L.P., in the Los Angeles, California office.

    2.    My business address is 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067.

    3.    On March 21, 2017, I served a copy of the via email upon the following persons:

*Attorneys for Defendant,*
*AXA Equitable Life Insurance*
*Company*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 21, 2017, at Los Angeles, California.

                                                        *Rohit D. Nath*
                                                        Rohit D. Nath