# Exhibit A

**TABLE OF CONTENTS**

I. THE SAC SPECIFICALLY IDENTIFIES TWENTY FALSE ILLUSTRATIONS AND NINE FALSE INTERROGATORY RESPONSES ............................................................. 6

II. THE SAC PLAUSIBLY AND PARTICULARLY ALLEGES § 4226 VIOLATIONS ................................................................................................................. 6

    A. The Illustrations Misrepresented the Policy's Terms, Benefits or Advantages .................. 7

        1. This Court Already Rejected AXA's Misrepresentation Arguments ............................ 7

        2. The SAC Plausibly and Particularly Alleges Misrepresentations in the Illustrations ................................................................................................................. 8

            a) AXA's Illustrations Were Required to Reflect its Current Assumptions ................... 9

            b) AXA's Disclaimers, if Anything, Made the Misrepresentations Worse .................. 13

    B. AXA's Violations of Regulation 74 Confirm that the SAC Adequately Pleads the § 4226 Claim ................................................................................................................. 16

    C. Plaintiff States a Claim on behalf of Plaintiff's Predecessor-in-Interest ......................... 20

III. THE INTERROGATORY RESPONSES CONTAIN MISREPRESENTATIONS ............................................................................................... 23

    A. AXA's Interrogatory Responses were False and Misleading ........................................... 23

    B. AXA's False Interrogatory Responses are Actionable under § 4226 .............................. 24

    C. The SAC Sufficiently Alleges Statutory Standing under § 4226 with respect to AXA's False Interrogatory Responses. ....................................................................... 24