UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRACH FAMILY FOUNDATION, INC., ALLEN DYER as Trustee of the Currie Children Trust, and MALCOLM CURRIE, on behalf of itself and all others similarly situated,<br><br>                     Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>                     Defendant. | Civil Action No. 16-cv-740 |

Please take notice that Plaintiffs Brach Family Foundation, Inc. and Allen Dyer, in his capacity as Trustee of the Currie Children Trust, will move this Court for an Order certifying this action, which consists of class claims for (1) breach of contract; (2) violation of New York Insurance Law § 4226; (3) violation of New York General Business Law § 349; (4) violation of California Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq.*, and (5) violation of California Elder Abuse Statute, Cal. Welf. & Inst. Code §§ 15610 *et seq.*, as a class action on behalf of the following classes:

(1)     Contract Class: All owners of Athena Universal Life II ("AUL II") issued by AXA Equitable Life Insurance Company ("AXA") that were subjected to a cost of insurance rate increase announced by AXA on or about October 1, 2015, excluding defendant AXA, its officers and directors, members of their immediate families, and the heirs, successors or assigns of any of the foregoing, and the policies-in-suit in the Related Actions.[1]

(2)     Section 4226 Sub-Class: All members of the Contract Class who are owners of AUL II policies without a Lapse Protection Rider issued after July 10, 2006.

---

[1] The "Related Actions" are the other pending federal actions consolidated for pre-trial purposes in *In re AXA Equitable Life Insurance Company COI Litigation*, No. 17-cv-4767 (JMF), No. 17-cv-4803 (JMF), No. 17-cv-9355 (JMF), No. 18-cv-2111 (JMF), and No. 18-cv-10730 (JMF), and the following pending state court actions: *Neuman v. AXA Equitable Life Insurance Co.*, N.Y. Sup. No. 656262/2016; and *Hobish v. AXA Equitable Life Insurance Co.*, N.Y. Sup. No. 650315/2017.

1

(3)   New York GBL Sub-Class: All New York residents who are members of the Section 4226 Sub-Class.

(4)(a)   California UCL Increase Sub-Class: All California residents who are members of the Contract Class.

(4)(b)   California UCL Illustration Sub-Class: All California residents who are members of the Section 4226 Sub-Class.

(5)   California Elder Abuse Sub-Class: All California residents who are members of the Contract Class and whose AUL II policies are funded by a California resident aged 65 or older.

Plaintiffs also request that they be appointed by the Court as class representatives for the aforementioned classes and/or subclasses as follows:

- Brach Family Foundation as class representative for the Contract Class, Section 4226 Sub-Class and New York GBL Sub-Class;

- Allen Dyer, Trustee of the Currie Children Trust, as class representative for the Contract Class, Section 4226 Sub-Class, and the three California Sub-Classes.

In the alternative, in the event the Court declines to certify the Contract Class, Plaintiffs request certification of the following state-specific sub-classes for the breach of contract claim:

(1)(a)   New York Contract Sub-Class: All owners of AUL II issued in New York by AXA that were subjected to a cost of insurance rate increase announced by AXA on or about October 1, 2015, excluding defendant AXA, its officers and directors, members of their immediate families, and the heirs, successors or assigns of any of the foregoing, and excluding the policies-in-suit in the Related Actions.

(1)(b)   California Contract Sub-Class: All owners of AUL II issued in California by AXA that were subjected to a cost of insurance rate increase announced by AXA on or about October 1, 2015, excluding defendant AXA, its officers and directors, members of their immediate families, and the heirs, successors or assigns of any of the foregoing, and excluding the policies-in-suit in the Related Actions.

In the event the Court certifies these alternative proposed sub-classes, Plaintiffs request that Brach Family Foundation be appointed as class representative for the New York Contract Sub-Class and

that Allen Dyer, Trustee of the Currie Children Trust, be appointed as class representative for the California Contract Sub-Class.

Plaintiffs further request that Susman Godfrey L.L.P. be appointed as Class Counsel for each of the proposed classes.

This motion is based upon this Notice, Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, the declarations of Rohit D. Nath, Zigmond Brach as representative of the Brach Family Foundation, Inc., and Allen Dyer as Trustee of the Currie Children Trust, and accompanying exhibits, filed concurrently herewith, all the pleadings, documents, and records on file herein, and on such other evidence and argument as may be requested or permitted by the Court on this motion.

Dated: May 17, 2019

/s/ Steven G. Sklaver
Seth Ard
Mark Musico
Halley Josephs
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel.: 212-336-8330
Fax: 212-336-8340
sard@susmangodfrey.com
mmusico@susmangodfrey.com
hjosephs@susmangodfrey.com

Steven G. Sklaver *(pro hac vice)*
Rohit D. Nath *(pro hac vice)*
Glenn C. Bridgman *(pro hac vice)*
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Tel: 310-789-3100
Fax: 310-789-3150
ssklaver@susmangodfrey.com
rnath@susmangodfrey.com
gbridgman@susmangodfrey.com

*Interim Class Counsel*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel, this 17th day of May, 2019.

*Attorneys for Defendant,*
*AXA Equitable Life Insurance Company*

                                                                */s/ Rohit D. Nath*
                                                                Rohit D. Nath