UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br><br> AXA EQUITABLE LIFE INSURANCE COMPANY COI LITIGATION <br><br> *This Document Relates To All Related Actions* | No. 16 Civ. 740 (JMF) <br> No. 17 Civ. 4767 (JMF) <br> No. 17 Civ. 4803 (JMF) <br> No. 17 Civ. 9355 (JMF) <br> No. 18 Civ. 2111 (JMF) <br> No. 18 Civ. 10730 (JMF) |

**ORDER**

JESSE M. FURMAN, United States District Judge:

This Court received from Defendant AXA Equitable Life Insurance Company ("AXA Equitable"), the Plaintiffs in the *Brach* Action ("*Brach* Plaintiffs"), and Plaintiffs in the other Related Actions[1] ("Opt-Out Plaintiffs") proposals for the structure and schedules for the parties' summary judgment motions and *Daubert* motions. See 16-CV-740, ECF Nos. 389, 390, 393. This Order memorializes the Court's Order, dated January 21, 2020 (16-CV-740, ECF No. 394), regarding the parties' proposals. It is hereby ORDERED that:

**I. SUMMARY JUDGMENT MOTIONS**

The parties shall consolidate the briefing of their summary judgment motions, such that there is one set of briefs relating to the *Brach* Plaintiffs' claims and one set of briefs relating to

---

[1] The Related Actions are *Brach Family Foundation, Inc. v. AXA Equitable Life Insurance Company*, No. 16 Civ. 740 (S.D.N.Y.); *EFG Bank AG, Cayman Branch v. AXA Equitable Life Insurance Company*, No. 17 Civ. 4767 (S.D.N.Y.); *The Duffy 2004 LLC v. AXA Equitable Life Insurance Company*, No. 17 Civ. 4803 (S.D.N.Y.); *Croft Irrevocable Trust v. AXA Equitable Life Insurance Company*, No. 17 Civ. 9355 (S.D.N.Y.); *LSH CO v. AXA Equitable Life Insurance Company*, No. 18 Civ. 2111 (S.D.N.Y.); *Eunice Peterson Family Partnership, LLLP v. AXA Equitable Life Insurance Company*, No. 18 Civ. 10730 (S.D.N.Y.).

the Opt-Out Plaintiffs' claims. The parties' summary judgment briefs will be subject to the deadlines and page limits set forth below:

| BRIEFS | DEADLINE | PAGE LIMIT |
|---|---|---|
| AXA Equitable's Motion for Summary Judgment as to *Brach* Plaintiffs' Claims | The later of (1) 45 days after the Court's ruling on *Brach* Plaintiffs' pending motion for class certification or (2) 14 days after the end of any opt-out period | 60 pages |
| AXA Equitable's Motion for Summary Judgment as to Opt-Out Plaintiffs' Claims | The later of (1) 45 days after the Court's ruling on *Brach* Plaintiffs' pending motion for class certification or (2) 14 days after the end of any opt-out period | 50 pages |
| *Brach* Plaintiffs' Opposition to AXA Equitable's Motion and Cross-Motion for Summary Judgment (supported by a consolidated memorandum of law) | 60 days after AXA Equitable's Motion is filed | 60 pages |
| Opt-Out Plaintiffs' Consolidated Opposition to AXA Equitable's Motion and Cross-Motion for Summary Judgment (supported by a consolidated memorandum of law) | 60 days after AXA Equitable's Motion is filed | 60 pages |
| AXA Equitable's Opposition to *Brach* Plaintiffs' Cross-Motion and Reply in Support of Its Motion | 60 days after *Brach* Plaintiffs' Opposition and Cross-Motion is filed | 45 pages |
| AXA Equitable's Opposition to Opt-Out Plaintiffs' Cross-Motion and Reply in Support of Its Motion | 60 days after Opt-Out Plaintiffs' Opposition and Cross-Motion is filed | 40 pages |
| *Brach* Plaintiffs' Reply in Support of Their Cross-Motion | 30 days after AXA Equitable's Opposition is filed | 30 pages |
| Opt-Out Plaintiffs' Reply in Support of Their Cross-Motion | 30 days after AXA Equitable's Opposition is filed | 25 pages |

## II. *DAUBERT* MOTIONS

The parties shall consolidate the briefing of their *Daubert* motions, such that there is one set of briefs relating to the *Brach* Plaintiffs' and Opt-Out Plaintiffs' expert witnesses and one set of briefs relating to AXA Equitable's expert witnesses. The parties' *Daubert* briefs will be subject to the deadlines and page limits set forth below:

| BRIEFS | DEADLINE | PAGE LIMIT[2] |
|---|---|---|
| AXA Equitable's Consolidated *Daubert* Motion with Respect to *Brach* Plaintiffs' and Opt-Out Plaintiffs' Expert Witnesses | 30 days after AXA Equitable's Summary Judgment Motions are filed | 5-page introduction; 15 pages per actuarial expert;[3] 10 pages per non-actuarial expert |
| *Brach* Plaintiffs' and Opt-Out Plaintiffs' Consolidated Opposition to AXA Equitable's Consolidated *Daubert* Motion | 60 days after AXA Equitable's Consolidated *Daubert* Motion is filed | 5-page introduction; 15 pages per actuarial expert; 10 pages per non-actuarial expert |
| AXA Equitable's Reply in Support of Its Consolidated *Daubert* Motion | 30 days after *Brach* Plaintiffs' and Opt-Out Plaintiffs' Consolidated Opposition to AXA Equitable's Consolidated *Daubert* Motion is filed | 10 pages per actuarial expert; 5 pages per non-actuarial expert |
| *Brach* Plaintiffs' and Opt-Out Plaintiffs' Consolidated *Daubert* Motion with Respect to AXA Equitable's Expert Witnesses | 60 days after AXA Equitable's Consolidated *Daubert* Motion is filed | 5-page introduction; 15 pages per actuarial expert; 10 pages per non-actuarial expert |
| AXA Equitable's Opposition to *Brach* Plaintiffs' and Opt-Out Plaintiffs' Consolidated *Daubert* Motion | 60 days after *Brach* Plaintiffs' and Opt-Out Plaintiffs' Consolidated *Daubert* Motion is filed | 5-page introduction; 15 pages per actuarial expert; 10 pages per non-actuarial expert |
| *Brach* Plaintiffs' and Opt-Out Plaintiffs' Reply in Support of Their Consolidated *Daubert* Motion | 30 days after AXA Equitable's Opposition to *Brach* Plaintiffs' and Opt-Out Plaintiffs' Consolidated *Daubert* Motion is filed | 10 pages per actuarial expert; 5 pages per non-actuarial expert |

---

[2] The page limits for each expert shall not rollover from one expert to another expert—*e.g.*, if a party uses only eight of its ten pages for a given expert, that party may not allocate the extra two pages to any other expert.

[3] The "actuarial experts" for purposes of the *Daubert* motion page limits are Timothy Pfeifer, Jeremy Brown, and Carl Harris.

The Clerk of Court is directed to docket this Order in 16-CV-740 (JMF) and all related/member cases.

SO ORDERED.

Dated: January 29, 2020
      New York, New York

                                    JESSE M. FURMAN
                                United States District Judge