UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                  :
IN RE:                                          :

AXA EQUITABLE LIFE INSURANCE COMPANY    :        16-CV-740 (JMF)
COI LITIGATION                                      :
                                                  :        <u>ORDER</u>

*This Document Relates to All Actions*              :
                                                  :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Upon review of the parties' submissions, the parties' proposals for continued redactions and sealing are adopted. The Court finds, substantially for the reasons that the parties state, that whether or not the documents at issue constitute judicial documents, *see Brown v. Maxwell*, 929 F. 3d 41, 49 (2d Cir. 2019), the parties' proposed redactions are narrowly tailored to the reasons that justify sealing, *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006).

      The parties shall ensure that, within one week of today's date, the docket is consistent with the foregoing. That is, to the extent that a document needs to be unsealed or filed with different redactions, the relevant party or parties shall file it in that time.

      The Clerk of Court is directed to terminate Docket No. 16-CV-740, ECF Nos. 407-08, 410; Docket No. 17-CV-4767, ECF No. 339; and Docket No. 18-CV-2111, ECF No. 256.

      SO ORDERED.

Dated: September 1, 2020
      New York, New York                                       JESSE M. FURMAN
                                                                 United States District Judge