UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                 :

IN RE:                                                                :

AXA EQUITABLE LIFE INSURANCE COMPANY      :
COI LITIGATION                                           :                16-CV-740 (JMF)

*This Document Relates to All Actions*                      :                    ORDER

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        As previously ordered, tomorrow's conference at 10:15 a.m. will be held remotely by teleconference. ECF No. 434. Upon reflection, the Court will provide separate call-in information to counsel who have, by email, informed the Court that they will have a speaking role during the conference. Any speaking counsel who have not emailed their information to the Court shall do so **by 7 p.m. today,** following the procedures set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at [https://nysd.uscourts.gov/hon-jesse-m-furman](https://nysd.uscourts.gov/hon-jesse-m-furman). All others — counsel who will not have speaking roles and members of the public — may listen to the conference by using the call-in information in the Court's prior Order (namely, (888) 363-4749 and using access code 542-1540 followed by the pound (#) key).

        The Clerk of Court is directed to docket this Order in *all* member cases.

        SO ORDERED.

Dated: September 21, 2020
       New York, New York

                                                                JESSE M. FURMAN
                                                               United States District Judge