UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                  :
IN RE:                  :
                  :
AXA EQUITABLE LIFE INSURANCE COMPANY  :
COI LITIGATION                  :      16-CV-740 (JMF)
                  :
*This Document Relates to All Actions*        :      ORDER
                  :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's September 1, 2020, Order, *see* ECF No. 417, the parties filed various documents on the public docket, *see, e.g.*, ECF Nos. 421-25, 433, 435.  In two instances, Defendant AXA Equitable Life Insurance Company filed cover sheets indicating that, because the relevant submissions could not be filed on ECF, they were submitted to the Court through File Transfer Protocol.  *See, e.g.*, ECF Nos. 421-2, 421-5.

      The Court has received a request from a member of the public for these submissions.  The Court is not in a position to satisfy the request, but — mindful that the submissions are judicial documents to which the public has a right of access — Defendant AXA Equitable Life Insurance Company shall promptly do so if requested.  Any member of the public who wishes to access the submissions should contact counsel for Defendant AXA Equitable Life Insurance Company using the contact information that appears on the docket sheet.

      SO ORDERED.

Dated: November 25, 2020
       New York, New York                            JESSE M. FURMAN
                                                 United States District Judge