UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
IN RE: :
:
AXA EQUITABLE LIFE INSURANCE COMPANY :
COI LITIGATION : 16-CV-740 (JMF)
:
*This Document Relates to All Actions* : ORDER
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On April 14, 2022, Defendant AXA Equitable Life Insurance Company filed a motion for reconsideration of certain aspects of the Court's March 31, 2022 Opinion and Order, *see* ECF No. 608. Plaintiffs shall file any opposition to Defendant's motion by **April 28, 2022**. Any reply shall be filed by **May 5, 2022**. Unless and until any Plaintiff shows good cause as to why it should be permitted to file an individual memorandum of law, and the Court grants leave to do so, Class and Individual Plaintiffs shall file a **single** combined opposition to Defendant's motion.

    SO ORDERED.

Dated: April 15, 2022                               _____
      New York, New York                        JESSE M. FURMAN
                                            United States District Judge