SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100
FAX (310) 789-3150
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 3000 | 32ND FLOOR |
| 1000 LOUISIANA STREET | 401 UNION STREET | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | SEATTLE, WASHINGTON 98101-2668 | NEW YORK, NEW YORK 10019-6023 |
| (713) 651-9366 | (206) 516-3880 | (212) 336-8330 |

ROHIT NATH
DIRECT DIAL (310) 789-3138

E-MAIL RNATH@SUSMANGODFREY.COM

August 31, 2022

**VIA ECF**

The Honorable Jesse Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 644. SO ORDERED.

September 6, 2022

Re:   *In re: AXA Equitable Life Insurance Co.*, Case No. 16-cv-740 (S.D.N.Y.)

Dear Judge Furman:

    Plaintiff in the above-captioned action offers this letter-motion to seal pursuant to Rule 7.B. of Your Honor's Individual Rules and Practices in Civil Cases regarding Exhibit 1 to the Declaration of Mark Musico in Support of Class Plaintiff's Memorandum of Law on the Implications of the Court's Ruling on Wells Fargo's Standing.

    Exhibit 1 is a list of members of the Illustration-Based Claims Class. Exhibit 1 contains the confidential information of third parties, namely the identities of absent class members and the policies—identified by policy number—owned by them. This information was also "Confidential" by AXA pursuant to the terms of the protective order. In light of the privacy and confidentiality interests of third party absent class members, Class Plaintiffs respectfully request that Exhibit 1 remain under seal. *See, e.g., Awestruck Mktg. Grp., LLC v. Black Ops Prods*., LLC, No. 16-CV-3639 (RJS), 2016 WL 8814349, at *3 (S.D.N.Y. June 20, 2016)

Sincerely,

*/s/ Rohit D. Nath*

Rohit D. Nath