UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------X
                                                               :
IN RE:                                                         :
                                                               :
AXA EQUITABLE LIFE INSURANCE COMPANY                           :   Case No. 16-CV-740 (JMF)
COI LITIGATION                                                 :
                                                               :
---------------------------------------------------------------X
                                                               :
This Document Relates to:                                      :
                                                               :
JEREMY WENOKUR, et al.,                                        :
                                                               :
                        Plaintiffs,                            :   Case No. 17-cv-7751 (JMF)
                                                               :
        v.                                                     :
                                                               :
AXA EQUITABLE LIFE INSURANCE COMPANY,                          :
                                                               :
                        Defendant.                             :
---------------------------------------------------------------X
```

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Jeremy Wenokur (Case No. 17-cv-7751 (JMF)) and Defendant AXA Equitable Life Insurance Company (together with Plaintiff, the "Parties"), hereby stipulate to a dismissal, without prejudice, of the action filed under case number 17-cv-7751 (JMF) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: February 14, 2023

1

| KAMBERLAW LLC | KRANTZ & BERMAN LLP |
|---|---|
| By: s/ Scott A. Kamber | By: /s/ Larry H. Krantz |
| SCOTT A. KAMBER | LARRY H. KRANTZ |
| 201 Milwaukee Street, Suite 200 | Hugh D. Sandler |
| Denver, CO 80206 | 747 Third Avenue, 32nd Floor |
| (303) 222-9008 | New York, NY 10017 |
| skamber@kamberlaw.com | (212) 661-0009 |
|  | lkrantz@krantzberman.com |
| *Attorneys for Plaintiff* | hsandler@krantzberman.com |
| *Jeremy Wenokur* |  |

MILBANK LLP

David R. Gelfand
Scott A. Edelman
Robert C. Hora
55 Hudson Yards
New York, NY 10001-2163
(212) 530-5000
dgelfand@milbank.com
sedelman@milbank.com
rhora@milbank.com

*Attorneys for Defendant*
*AXA Equitable Life Insurance Company*

**SO ORDERED:**

Date: February 15, 2023     _____

The Clerk of Court is directed to close 17-cv-7751 (JMF).