UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
IN RE:                                                             :
                                                                   :
AXA EQUITABLE LIFE INSURANCE COMPANY                               :   16-CV-740 (JMF)
COI LITIGATION                                                     :
                                                                   :       ORDER
*This Document Relates to All Actions*                             :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the conference held earlier today:

- Class Plaintiffs shall serve their proposed subpoenas, along with notice of the class redefinition, by **February 17, 2023**.

- Class Plaintiffs shall submit revised proposed class notices, along with redlines, within **two weeks from the date of this Order.** The opt-out period shall be **75 days.**

- Class Plaintiffs shall send out the notice by **March 31, 2023, or within two weeks of getting responses from all securities intermediaries, whichever is earlier.**

- Within **two weeks from the date of this Order**, the parties shall submit a joint letter and proposed order addressing various issues, including all proposed (or adopted) pretrial submission deadlines as well as the consolidation of, and page limits for, those submissions.

- The final pretrial conference will be held **in person** on **October 25, 2023, at 9:30 a.m. All trial counsel must appear at the final pretrial conference.**

- Consolidated trial (on all claims, but limited to common issues for purposes of the illustration-based claims) will begin on **October 30, 2023, at 9 a.m.** This is a **firm trial date.**

    SO ORDERED.

Dated: February 15, 2023            _____
       New York, New York                     JESSE M. FURMAN
                                                     United States District Judge