UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

AXA EQUITABLE LIFE INSURANCE COMPANY COI LITIGATION

*This Document Relates to All Related Actions*

ECF CASE

No. 16 Civ. 740 (JMF)

No. 17 Civ. 4767 (JMF) [rel. 740]

No. 17 Civ. 4803 (JMF) [rel. 740]

No. 18 Civ. 2111 (JMF) [rel. 740]

**[PROPOSED] ORDER CONCERNING DEADLINES FOR PARTIES' PRETRIAL SUBMISSIONS**

Based on the conference held on February 15, 2023, and the submission of the Parties dated March 1, 2023, it is hereby ordered that the following deadlines for pretrial exchanges and filings will govern the Related Actions:[1]

| | Event | Deadline |
|---|---|---|
| 1. | Parties exchange Witness Lists, Exhibit Lists,[2] and Designations of Deposition Testimony | May 12, 2023 |
| 2. | Parties exchange Deposition Counter-Designations, Objections to Witness and Exhibit Lists, and Objections to Designations of Deposition Testimony | June 9, 2023 |
| 3. | Parties exchange Proposed Stipulations of Facts and Law, and Objections to Deposition Counter-Designations | June 30, 2023 |

---

[1] The deadlines for Events 1 through 8 may be modified by the Parties via unanimous consent of the Parties and without the entry of a further Court Order, provided that any such modified deadlines do not alter the deadlines for Events 9 through 16.

[2] The Parties' Exhibit Lists do not need to include (1) demonstrative exhibits; (2) summary exhibits under Federal Rule of Evidence 1006; and (3) exhibits to be used for impeachment purposes only on cross-examination or in rebuttal.

|     | **Event** | **Deadline** |
| --- | --- | --- |
| 4.  | Plaintiffs serve Draft Pre-Trial Orders (including proposed procedures and time limits for joint trial), Proposed *Voir Dire* Questions, Jury Instructions (including proposed preliminary jury instructions if any), and Verdict Forms | July 14, 2023 |
| 5.  | Parties exchange Objections / Comments to Proposed Stipulations of Facts and Law | July 21, 2023 |
| 6.  | Parties exchange Supplemental Exhibit Lists | August 11, 2023 |
| 7.  | Defendant serves Objections / Comments to Draft Pre-Trial Order (including proposed procedures and time limits for joint trial), *Voir Dire* Questions, Jury Instructions (including proposed preliminary jury instructions if any), and Verdict Forms | August 18, 2023 |
| 8.  | Parties exchange Objections to Supplemental Exhibit Lists | August 25, 2023 |
| 9.  | Parties file Motions *in Limine* | September 6, 2023 |
| 10. | Parties file Joint Proposed Pre-Trial Orders and other Items required by Section 6 of the Court's Individual Rules | September 11, 2023 |
| 11. | Parties file Oppositions to Motions *in Limine* | October 2, 2023 |
| 12. | Defendant serves Data Available as of August 31, 2023, for Contract Damages Refresh | October 6, 2023 |
| 13. | Parties serve Summary Exhibits under Federal Rule of Evidence 1006 | October 10, 2023 |
| 14. | Parties serve Objections to Summary Exhibits under Federal Rule of Evidence 1006

Parties' Experts serve Supplemental Damages Report Based on Contract Damages Refresh | October 20, 2023 |
| 15. | Final Pretrial Conference | October 25, 2023 at 9:30 a.m. |
| 16. | Trial | October 30, 2023 |

Additionally:

1. The Court approves the revised Notices attached to the parties' March 1, 2023 letter.

2. Unless and until the Court orders otherwise, all pre-trial submissions will be filed on a consolidated basis. With respect to motions *in limine,* each side is granted up to 60 pages for their opening briefs and oppositions.

3. The parties shall file joint letter by March 30, 2023, addressing whether the consolidated common issues trial should include any individual issues for the Plaintiffs before the Court and issues relating to consolidation, including streamlining Plaintiffs' proof.

SO ORDERED.

DATED: March 3, 2023

The Honorable Jesse M. Furman
United States District Judge