UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
IN RE: :
:
AXA EQUITABLE LIFE INSURANCE COMPANY : 16-CV-740 (JMF)
COI LITIGATION :
: ORDER
*This Document Relates to All Actions* :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On June 9, 2023, the Court received the attached email from Class Plaintiffs seeking an extension of the deadline to file their preliminary approval motion. The deadline is hereby extended *nunc pro tunc* to **June 15, 2023**. In light of that extension, the deadline for non-class plaintiffs to submit their joint letter, *see* ECF No. 697, is extended to **June 23, 2023**.

      SO ORDERED.

Dated: June 12, 2023
       New York, New York
                                            JESSE M. FURMAN
                                        United States District Judge

| | |
|---|---|
| **From:** | Halley Josephs |
| **To:** | Furman NYSD Chambers |
| **Cc:** | Steven Sklaver; Seth Ard; Mark Musico; Glenn Bridgman; rnath_susmangodfrey.com; Kate Gheen; milbankaxacoi@milbank.com |
| **Subject:** | Brach Family Foundation v. AXA Equitable Life Ins. Co., No. 16-cv-740 - Class Plaintiffs" Extension Request |
| **Date:** | Friday, June 9, 2023 10:26:57 PM |

**CAUTION - EXTERNAL:**

Dear Judge Furman,

We write to request a one-week extension of today's deadline for Class Plaintiffs to file their preliminary approval motion and supporting papers. Dkt. 695. AXA consents to this request.

The request is made because the settlement agreement was finalized yesterday, and despite best efforts, class counsel was not able to obtain signatures from all named plaintiffs prior to the filing deadline today. There is one signature missing. We are cognizant that the Court requires extension requests to be filed 48 hours in advance; we submit that good cause exists to waive that requirement because we did not know that an extension request was warranted until today.

For this reason, we respectfully request an extension to file the preliminary approval motion, with supporting papers, to one week from today, on June 16, 2023. We are not filing this request on ECF due to the ECF shutdown. This is Class Plaintiffs' first request for an extension of this deadline. The requested extension will not affect any existing deadlines as the Court stayed all deadlines and there are no scheduled appearances before the Court in the class action. Dkt. 695.

Respectfully,
Halley Josephs

**Halley Josephs**
**Partner | Susman Godfrey L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.789.3163 (office) | 443.465.5087 (cell)
hjosephs@susmangodfrey.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.